**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00617-JLK

PATRICIA GENTILE,

    Plaintiff,

v.

CLIENT SERVICE, INC., a Missouri corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) (doc. #14), filed July 27, 2009, and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

July 27, 2009       *s/John L. Kane*
DATE               U.S. DISTRICT JUDGE